IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE: SUE SEHON                                            CASE NO. 09-70453

## MODIFICATION OF CONFIRMED CHAPTER 13 PLAN

COMES NOW the Debtor(s), by his/her attorney, Rodney McDaniel, and would show that the following Amendments are hereby made to his/ her Chapter 13 Plan:

1. Payments will be $900.00 per month for the remainder of the Plan, starting with the Jan, 2010 payment.

2. All provisions of the previously filed plan which are not affected by theses amendments shall remain in full force and effect.

Date:  12/29/09                                              /s/  Rodney McDaniel
                                                             RODNEY McDANIEL
                                                             ABC NO. 75089
                                                             4503 Texas Boulevard  Suite C
                                                             Texarkana, TX 75503
                                                             870-772-7711
                                                             FAX 870-772-2531

                                                             ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Rodney McDaniel, attorney for Debtor, do hereby certify that a true and correct copy of the foregoing Amended Chapter 13 Plan has been served on Jack Gooding, Trustee, P.O. Box 8202, Little, AR 72221 and on all interested creditors by mail with proper postage attached or by electronic mail on this 30th day of December, 2009.

                                                             /s/ Rodney McDaniel
                                                             Rodney McDaniel